ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ERICK GUZMAN TOLENTINO,<br>BRANDI EMERSON,<br>LYLE COOPER,<br>JUAN MUNOZ-GUZMAN,<br>ELMER MONTIEL-ROMERO,<br>BRIAN SEDGWICK,<br>LEON JAMES WHITELEY,<br><br>        Defendants. | CASE NOS. 2:25-MJ-151-SCR<br>       2:25-MJ-152-SCR<br>       2:25-MJ-153-SCR<br>       2:25-MJ-154-SCR<br>       2:25-MJ-155-SCR<br>       2:25-MJ-157-SCR<br>       2:25-MJ-158-SCR<br><br>[~~PROPOSED~~] ORDER TO FILE REDACTED COPY OF COMPLAINTS |

   The government's motion to unseal the above-referenced cases and file a redacted copy of the sealed complaints and affidavits is GRANTED.

Dated: October 21, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE